IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 1:18-cr-10053-STA |
| DECARLOS WATKINS, | ) | |
| Defendant. | ) | |

ORDER CONTINUING SUPPRESSION HEARING
AND NOTICE OF RESETTING

The Suppression Hearing in this matter is set for November 2, 2018 before Chief Judge S. Thomas Anderson. The Suppression Hearing in the above styled matter shall be reset. The Suppression Hearing is hereby reset to **November 27, 2018, at 1:30 p.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 16th day of November, 2018.

s/ S. Thomas Anderson
Chief United States District Judge