IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | NO. 1:18-CR-10053-STA |
| | ) | |
| | ) | |
| DECARLOS WATKINS, | ) | |
| | ) | |
| Defendant | ) | |

ORDER GRANTING MOTION TO CONTINUE HEARING ON MOTION TO SUPPRESS AND SCHEDULING APPEARANCE

Upon the Motion To Continue Hearing On Motion To Suppress, Trial And For Report Date filed by the Defendant;

IT IS HEREBY ORDERED THAT the Defendant's Motion to Suppress is continued. The remaining matters contained in said Motion shall be heard as a report/status on November 27, 2018 @ 1:30 p.m.

The intervening period is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice is served in allowing for counsel additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 26th day of November, 2018.

s/S. Thomas Anderson
CHIEF U.S. DISTRICT JUDGE