IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

UNITED STATES OF AMERICA    )
            )
            )
vs.               )   NO. 18-10053-STA
            )
            )
DACARLOS WATKINS,      )
            )
      Defendant.    )

**ORDER GRANTING MOTION TO SET HEARING ON MOTION TO SUPPRESS AND NOTICE OF SETTING**

Upon the Motion To Set Hearing On Motion To Suppress, filed by the Defendant;

IT IS HEREBY ORDERED THAT the Defendant's Motion to Suppress is set for hearing on the **5th day of February, 2019 @ 1:30p.m.**

The intervening period is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice is served in allowing for counsel additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 28th day of January, 2019.


s/S. Thomas Anderson
CHIEF U.S. DISTRICT JUDGE