IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. 1:18-CR-10053-STA |
| | ) | |
| DACARLOS WATKINS, | ) | |
| Defendant | ) | |

ORDER GRANTING MOTION TO CONTINUE HEARING ON MOTION TO SUPPRESS AND NOTICE OF RESETTING

Upon the Motion To Continue Hearing On Motion To Suppress filed by the Defendant;

IT IS HEREBY ORDERED THAT the Defendant's Motion to Suppress set for February 5, 2019 @ 1:30 p.m. is continued. The Motion to Suppress shall be heard on the **26th day of February, 2019 @ 1:30p.m.**

The intervening period is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice is served in allowing for counsel additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 1st day of February, 2019.

s/S. Thomas Anderson
CHIEF UNITED STATES DISTRICT JUDGE