# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 18-cr-10053-STA |
| **DaCARLOS WATKINS,** | ) ) ) | |
| Defendant. | ) | |

## ORDER

On May 14, 2019, the Court entered an order denying a motion to suppress filed by Defendant DaCarlos Watkins. *See* Order Denying Mot. To Suppress, ECF No. 48. The Court held in part that the officers who initiated the traffic stop in this case had reasonable suspicion of criminal activity, specifically that the driver's license of the registered owner of the vehicle was suspended. As a factual matter, it is undisputed in this case that the registered owner of the vehicle was not driving it at the time of the traffic stop. Trial in this matter is currently set for January 27, 2020.

On November 4, 2019, the United States Supreme Court heard oral argument in the matter of *Kansas v. Glover*. The issue presented in *Glover* is "[w]hether, for purposes of an investigative stop under the Fourth Amendment, it is reasonable for an officer to suspect that the registered owner of a vehicle is the one driving the vehicle absent any information to the contrary." Brief for Petitioner at i, *Kansas v. Glover*, No. 18-556, 2019 WL 2549744. In light of *Glover*, the parties are ordered to show why the Court should not stay the proceedings in this

1

case, pending a final decision of the Supreme Court. Each party's brief is due within 28 days of the entry of this order.

    **IT IS SO ORDERED.**

                                            **s/ S. Thomas Anderson**
                                              S. THOMAS ANDERSON
                                              CHIEF UNITED STATES DISTRICT JUDGE

                                              Date:  November 7, 2019