# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 18-cr-10053-STA |
| DaCARLOS WATKINS, | ) ) ) |
| Defendant. | ) ) |

## ORDER STAYING CASE

On November 7, 2019, the Court entered an order directing the parties to show why the Court should not stay the proceedings in this case pending a final decision of the United States Supreme Court in *Kansas v. Glover*, No. 18-556. Both parties have filed their position papers on the stay. The United States opposes a stay, arguing that the facts in this case distinguish it from the facts in *Glover*. Defendant DaCarlos Watkins requests that the Court stay the case until *Glover* is decided. The Court finds that a stay would be a proper exercise of its discretion under the circumstances. Therefore, the proceedings are hereby stayed until the Supreme Court has issued its opinion in *Glover*. The January 27, 2020 jury trial is continued, and the time will be excluded. If Defendant wishes to be heard further on the exclusion of time issue, Defendant should file a notice or request for hearing within 10 days of the entry of this order.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: January 8, 2020

1